# Exhibit A

# Notice of Consent to Become a Party-Plaintiff to a Lawsuit Brought Under the Fair Labor Standards Act

1. I, __Chiara Ettorre_____, consent and agree to pursue a claim under the Fair Labor Standards Act against my employer(s) for claims of unpaid wages during my employment.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act. I hereby consent, agree, and opt-in to become a party-plaintiff and be bound by any judgment of the Court or any settlement of this action.

3. I designate the law firm and attorneys at Herrmann Law, PLLC and other attorneys with whom they may associate to prosecute my wage claims.

4. In the event the case is certified and then decertified, I authorize Herrmann Law, PLLC to use this Consent Form to re-file my claims in a separate or related action against my employer.

DocuSigned by:
_[signature]_  AB39F3772B2E4C4...
Signature

1/17/2019
Date

Chiara Ettorre
Printed Name