United States District Court
Southern District of Texas
**ENTERED**
November 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CHIARA ETTORRE,** *Plaintiff,* v. **RUSSO'S WESTHEIMER, INC.** *Defendant.* | Civil Action No. 4:19-cv-00245 |

## ORDER

Pending before the Court is Plaintiff's First Motion for Post-Judgment Attorneys' Fees. (Dkt. No. 84) ("Plaintiff's Motion"). After reviewing Plaintiff's Motion, any response, the record, and the applicable law, the Court is of the opinion that Plaintiff's Motion should be and is hereby **GRANTED.**

Accordingly, Russo's Westheimer, Inc. is ORDERED to pay Plaintiff her additional attorneys' fees incurred in connection with pursuing post-judgment collection in the amount of **$15,485.00** with interest to accrue on such amount until paid in full.

It is SO ORDERED.

Signed this  7th  of   November  , 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**