# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Chiara Ettorre

v.                                         Case Number: 4:19−cv−00245

New York Pizzeria, Inc. , et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

Chief Executive/owner or in−house Chief Legal Officer for Russos Westheimer, Inc. is instructed to attend in person.

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
Courtroom 8C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/2/2024

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Pre−Motion Conference

Date:   January 22, 2024                                         Nathan Ochsner, Clerk