UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Chiara Ettorre

v.                                                                 Case Number: 4:19–cv–00245

New York Pizzeria, Inc. , et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
Courtroom 8C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/20/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   February 2, 2024                                          Nathan Ochsner, Clerk