# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Chiara Ettorre

v.  Case Number: 4:19–cv–00245

New York Pizzeria, Inc. , et al.

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
Courtroom 8C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/20/2024

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   February 16, 2024                                                                 Nathan Ochsner, Clerk