IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHIARRA ETTOREE** | § | **CIVIL ACTION NO. 4:19-CV-00245** |
| **PLAINTIFF** | § | |
| **v.** | § | |
| | § | |
| **RUSSO'S WESTHEIMER, INC.,** | § | |
| **DEFENDANT** | § | |

## MOTION FOR SUBSTITUTION AS RECEIVER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Before this Court, Famose T. Garner, (the "Receiver") requests the Court to grant permission to substitute Grant Dunwoody in place and instead of Famose T. Garner, Receiver's desire of this substitution and this substitution will not prejudice any party.

**WHEREFORE, PREMISES CONSIDERED,** Famose T. Garner, (the "Receiver"). request that this Court approve this Motion for Substitution of Receiver of the Defendant, Grant Dunwoody in place of Famose T. Garner now substituted receiver of Famose T. Garner in this case and grant him such other and further relief as is just.

Respectfully submitted,

*/s/ Famose T. Garner*
Famose T. Garner
Attorney at Law
Garner Law Group, PLLC
2525 Robinhood Street
Houston, Texas 77005
TBN: 24074252
Phone: 832-722-0881
famose@garnerlawgroup.com

**AGREED BY:**

*/s/ Drew N. Herrmann*
Drew N. Herrmann
HERRMANN LAW, PLLC
Texas Bar No. 24086523
SDTX Federal ID No. 3050726
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Phone: 817-479-9229
Fax: 817-840-5102
Email: drew@herrmannlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was forwarded to all parties and counsel of record in accordance with the Texas Rules of Civil Procedure on the 13th day of June, 2024.

Grant Dunwoody
The Dunwoody Law Firm
2500 Tanglewilde Street, # 150
Houston, TX 77063

Drew N. Herrmann
HERRMANN LAW, PLLC
801 Cherry St., Suite 2365
Fort Worth, TX 76102
Email: drew@herrmannlaw.com

*/s/ Famose T. Garner*
Famose T. Garner
Attorney at Law
Garner Law Group, PLLC
2525 Robinhood Street
Houston, Texas 77005
TBN: 24074252
Phone: 832-722-0881
famose@garnerlawgroup.com