Case 4:19-cv-00245   Document 90   Filed on 07/01/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
July 01, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHIARRA ETTOREE** | § | **CIVIL ACTION NO. 4:19-CV-00245** |
| **PLAINTIFF** | § | |
| v. | § | |
| | § | |
| **RUSSO'S WESTHEIMER, INC.,** | § | |
| **DEFENDANT** | | |

## ORDER SUBSTITUTING OF RECEIVER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

On this day of June 11, 2025, came to be considered Motion to Substitute Receiver, in the above-captioned case moves for substitution of Grant Dunwoody, Attorney at Law, The Dunwoody Law Firm, 2500 Tanglewilde Street, # 150, Houston, TX 77063, substituted as receiver for Plaintiff and any response or opposition filed thereto, and being otherwise fully advised in the premises, hereby ORDERS as follows:

1. The Motion is HEREBY

    _____X_____ GRANTED
    _____ DENIED

2. Effective immediately, **Grant Dunwoody**, whose contact information is:

    Grant Dunwoody
    The Dunwoody Law Firm
    2500 Tanglewilde Street, # 150
    Houston, TX 77063

    is appointed as the Substitute Receiver in this matter, replacing **Famose T. Garner**

3. The Substitute Receiver shall have all powers, duties, and responsibilities as previously granted to the original receiver pursuant to this Court's Order dated June 10, 2023.

4. Famose T. Garner, is hereby discharged from all further responsibilities in this matter, except for the duty to promptly deliver to the Substitute Receiver all books, records, funds, assets, and any other receivership property or materials in their possession or control, and to file a final report and accounting within 7 days of the entry of this Order.

5.  The Court retains jurisdiction over this matter to enforce this Order and to address any issues related to the transition and substitution of the Receiver.

DATED this  1st  day of    July    2025

_____
PRESIDING JUDGE

Respectfully submitted:

*/s/ Famose T. Garner*
Famose T. Garner
Attorney at Law
Garner Law Group, PLLC
2525 Robinhood Street
Houston, Texas 77005
TBN: 24074252
Phone: 832-722-0881
famose@garnerlawgroup.com