IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHIARRA ETTORE<br>Plaintiff | § § § | CIVIL ACTION NO. 04:19-CV-00245 |
| v. | § § | |
| RUSSO'S WESTHEIMER, INC.<br>Defendant | § § § | |

### BOND OF RECEIVER

We, Grant Dunwoody as Principal and The Dunwoody Law Firm, PLLC and Dunwoody Holdings LP, as Sureties, acknowledge ourselves bound to pay the presiding judge in the above-cause the sum of ONE THOUSAND DOLLARS AND NO/100 ($1,000.00), the amount fixed by the Court's order, conditioned that Grant Dunwoody will faithfully discharge his duty as Receiver in the above styled cause and obey the orders of the Court herein. Sureties' obligations will not exceed the bond amount.

_____
Grant Dunwoody, Individually

SUBSCRIBED and SWORN to before me by Grant Dunwoody, individually on this the 29th day of December, 2025, to certify which witness my hand and seal of office.

_____
Notary Public

SHAHIDA BHUTTO
Notary ID #11764548
My Commission Expires
October 13, 2027

_____
Grant Dunwoody, Individually
Manager of The Dunwoody Law Firm, PLLC

SUBSCRIBED and SWORN to before me by Grant Dunwoody, Manager of The Dunwoody Law Firm, PLLC, on this the ___29th___ day of December, 2025, to certify which witness my hand and seal of office.

_____
Notary Public



SHAHIDA BHUTTO
Notary ID #11764548
My Commission Expires
October 13, 2027

_____
Grant Dunwoody, Individually
Attorney in Fact for Dunwoody Holdings, LP

SUBSCRIBED and SWORN to before me by Grant Dunwoody, Attorney in Fact for Dunwoody Holdings, LP on this the 29th day of Decembert, 2025, to certify which witness my hand and seal of office.

_____
Notary Public

SHAHIDA BHUTTO
Notary ID #11764548
My Commission Expires
October 13, 2027