IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHIARRA ETTORE<br>Plaintiff | § § § § | CIVIL ACTION NO. 04:19-CV-00245 |
| v. | § § | |
| RUSSO'S WESTHEIMER, INC.<br>Defendant | § § | |

## RECEIVER'S OATH

I do solemnly swear that I will faithfully perform and discharge the duties of Receiver in this cause and will obey the orders of the Court. I further swear that I am qualified voter of the State of Texas and am in fact registered to vote.

_____
Grant Dunwoody, Individually

SUBSCRIBED and SWORN to before me by Grant Dunwoody, individually on this the 29th day of December, 2025, to certify which witness my hand and seal of office.

_____
Notary Public

SHAHIDA BHUTTO
Notary ID #11764548
My Commission Expires
October 13, 2027